736

Willie H. BISHOP et al.

v.

Donald Jack HOOVER.

No. 6717.

United States Court of Appeals
Tenth Circuit.

Sept. 28, 1961.

Teutsch & Donnelly, Santa Fe, N. M., for appellants.

Keleher & McLeod and Russell Moore, Albuquerque, N. M., for appellee.

Before MURRAH, Chief Judge, and PHILLIPS and HUXMAN, Circuit Judges.

PER CURIAM.

Appeal dismissed on motion of appellants.

Robert W. CAMPBELL et al.

v.

E. C. M. WEBER.

No. 6829.

United States Court of Appeals
Tenth Circuit.

Sept. 28, 1961.

Charles M. Dosh and Winston W. Wolvington, Denver, Colo., for appellants.

White & Steele, Denver, Colo., for appellee.

Before MURRAH, Chief Judge, and LEWIS, Circuit Judge.

PER CURIAM.

Appeal dismissed pursuant to stipulation of counsel.

Annette CORBY

v.

UNITED STATES of America.

No. 6799.

United States Court of Appeals
Tenth Circuit.

July 20, 1961.

No attorney for appellant.

Russell H. Smith, U. S. Atty., Tulsa, Okl., for appellee.

Before MURRAH, Chief Judge, and BREITENSTEIN, Circuit Judge.

PER CURIAM.

Appeal docketed and dismissed on motion of appellee for failure of appellant diligently to prosecute the same.

Oma Roy EIDSON

v.

UNITED STATES of America.

No. 6831.

United States Court of Appeals
Tenth Circuit.

Nov. 15, 1961.

Richard C. McLean, Denver, Colo., for appellant.

Lawrence M. Henry, U. S. Atty., Denver, Colo., for appellee.

Before BRATTON, LEWIS and BREITENSTEIN, Circuit Judges.

PER CURIAM.

Affirmed without written opinion, on the ground that the questions raised are not open to review under Title 28 U.S.C. § 2255.